COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



# ORDER WITHDRAWING MEDIATION ORDER

Cause number:        01-17-00937-CV

Style:        Anthony McGill and AP McGill Enterprise, LLC v. GJG Productions, Inc.

Appellee, GJG Productions, Inc., has objected to mediation.  The court's mediation order dated January 5, 2018 is withdrawn.

Judge's signature: /s/ Michael Massengale
          ☑ Acting individually     ☐ Acting for the Court

Date: February 5, 2018

\*     Absent emergency or a statement that the motion is unopposed, must wait ten days before acting on motion except for motion to extend time to file a brief.  *See* TEX. R. APP. P. 10.3(a).

**Note**:    Single justice may grant or deny any request for relief properly sought by motion, except in a civil case a single justice should not: (1) act on a petition for an extraordinary writ or (2) dismiss or otherwise determine an appeal or a motion for rehearing.  TEX. R. APP. P. 10.4(a).